```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 50900
    DELBRA A MCCOY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-4243


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/12/2005 and was confirmed 12/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  46.77% from remaining funds.

     The case was paid in full 11/13/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSECURED           2555.62            .00        1195.46
BENEFICIAL                UNSECURED         NOT FILED            .00            .00
CAPITAL SOLUTIONS INVEST  UNSECURED            661.10            .00         309.22
CBE GROUP                 UNSECURED         NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED           6163.83            .00        2883.05
DISCOVER FINANCIAL SERVI  UNSECURED           5735.27            .00        2682.60
FINGERHUT CREDIT ADVANTA  UNSECURED            197.40            .00          92.34
GE MONEY LOC              UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED            282.00            .00         131.90
ECAST SETTLEMENT CORP     UNSECURED           5950.38            .00        2783.21
JC PENNEY                 UNSECURED         NOT FILED            .00            .00
LOAN EXPRESS CO           UNSECURED         NOT FILED            .00            .00
LOAN EXPRESS CO           UNSECURED            671.05            .00         313.88
MERRICK BANK              UNSECURED         NOT FILED            .00            .00
CHASE                     UNSECURED         NOT FILED            .00            .00
NORTHWESTERN MEMORIAL HO  UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED           1771.38            .00         828.54
RESURGENT CAPITAL SERVIC  UNSECURED           2301.89            .00        1076.68
ROUNDUP FUNDING LLC       UNSECURED            415.99            .00         194.57
SELECT EDITION            UNSECURED         NOT FILED            .00            .00
THORNTON FINANCIAL SVCS   UNSECURED         NOT FILED            .00            .00
US DEPT OF EDUCATION      UNSECURED         NOT FILED            .00            .00
BP OIL/AMOCO              UNSECURED         NOT FILED            .00            .00
CHECK N GO                UNSECURED         NOT FILED            .00            .00
INSTANT CASH ADVANCE      UNSECURED         NOT FILED            .00            .00
NATIONAL QUICK CASH       UNSECURED         NOT FILED            .00            .00
DISCOVER CARD             NOTICE ONLY       NOT FILED            .00            .00
DAVID M SIEGEL            DEBTOR ATTY        2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                          1,008.55
DEBTOR REFUND             REFUND                                             865.20

     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 50900 DELBRA A MCCOY
```

```
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  17,065.20

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       12,491.45
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,008.55
DEBTOR REFUND                                      865.20
                         ---------------    ---------------
TOTALS                   17,065.20              17,065.20
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/26/09       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 50900 DELBRA A MCCOY